No. 11–9946.  MOSER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–9947.  POULIN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–9954.  BUCK v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–217.  DAWES ET UX. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–958:  KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. v. PABON.  C. A. 3d Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 11–1019.  TENENBAUM v. SONY BMG MUSIC ENTERTAINMENT ET AL.  C. A. 1st Cir.  Certiorari denied.  THE CHIEF JUSTICE and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–9846.  MARCUSSE v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN.  C. A. 6th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–9878.  SIMMONS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–9926.  BROWN v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–9962.  POLK v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.